JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMON ANDERSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF RIVERSIDE; STANLEY SNIFF, individually and as Sheriff for the Riverside Sheriff's Department; SAMEH SAWIRES, MD, Chief Medical Officer of Southwest Detention Center, in his individual and official capacities; DR. VICTOR LAUS, Riverside County Correction Healthcare Medical Director, in his individual and official capacities; ANDREW PASCOE, RN, Supervisory Institutional Nurse at Southwest Detention Center, in his individual and official capacities; CORRECTIONAL DEPUTY CLAYTON PALMER; and DOES 1 through 25, inclusive<br><br>　　　　Defendants. | Case No. EDCV 19-296-GW-SPx<br><br>*[The Hon. Honorable George H. Wu, Magistrate Judge, Sheri Pym]*<br><br>**ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

## **ORDER**

Based on the stipulation of the parties and GOOD CAUSE appearing therefore, IT IS HEREBY ORDERED that the above-entitled action against Defendant County of Riverside is dismissed, with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1). Each party shall bear their own costs and fees.

DATED: July 2, 2020            _____
                               HON. GEORGE H. WU,
                               United States District Judge